**Order entered March 30, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00011-CR
### No. 05-20-00012-CR

## SEBASTIAN CARLOS ROMAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 397th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 071029 Ct 1 & Ct 2

### ORDER

On the Court's own motion, we **CONSOLIDATE** these appeals. We **DIRECT** the Clerk of the Court to transfer all documents from 05-20-00012-CR into appellate cause number 05-20-00011-CR. For administrative purposes, 05-20-00012-CR shall be treated as a closed case. The parties shall now use only cause number 05-20-00011-CR when referencing the appeal.

/s/     LANA MYERS
        JUSTICE